# EXHIBIT A

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,574,718

**United States Patent and Trademark Office**  Registered Jan. 2, 1990

10 Year Renewal  Renewal Term Begins Jan. 2, 2000

## TRADEMARK
## PRINCIPAL REGISTER

### LEXUS

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION) 1, TOYOTA-CHO, TOYOTA-SHI AICHI-KEN, JAPAN

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 693390, FILED 2-17-1987, REG. NO. 426733, DATED 2-17-1987.

FOR: AUTOMOBILES, IN CLASS 12 (U.S. CL. 19).

SER. NO. 73-676,634, FILED 8-5-1987.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 12, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**  Reg. No. 1,574,718
Registered Jan. 2, 1990

## TRADEMARK
### PRINCIPAL REGISTER

### LEXUS

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: AUTOMOBILES, IN CLASS 12 (U.S. CL. 19).

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX CONV APPLICATION NO. 693390, FILED 2-17-1987, REG. NO. 426733, DATED 2-17-1987, EXPIRES 2-17-1997.

SER. NO. 73-676,634, FILED 8-5-1987.

DAVID H. STINE, EXAMINING ATTORNEY