AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

TOYOTA JIDOSHA KABUSHIKI KAISHA, also doing
business as TOYOTA MOTOR CORPORATION, a
Japanese corporation, and TOYOTA MOTOR SALES,
U.S.A., INC., a California corporation,

Civil Action No.  **17-CV-61700-MARTINEZ**

Plaintiffs,

v.

RAYMOND W. TRAPANI, an individual, JAKE WITSEN,
an individual, and JAKE WILSON, an individual,

Defendants.

**SUMMONS IN A CIVIL ACTION**

TO:  *(Defendant's name and address)*
Raymond W. Trapani
4611 N. Federal Highway
Apt. 339
Pompano Beach, FL 33064

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a) (2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jorge Espinosa
Espinosa Martinez, PL
1428 Brickell Avenue, Suite 100
Miami, Florida  33131
Tel:  305-854-0900**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. you also must file your answer or motion with the court.

Date:  **August 25, 2017**



Steven M. Larimore
Clerk of Court

s/Ahlai Israel
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

**17-CV-61700-MARTINEZ**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(i))*

This summons for *(name of individual and title, if any)* _____

Was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organizational)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:



My fees are $ _____ for Travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                  *Server's signatures*


                                 _____
                                                  *Printed name and title*


                                 _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

TOYOTA JIDOSHA KABUSHIKI KAISHA, also doing
business as TOYOTA MOTOR CORPORATION, a
Japanese corporation, and TOYOTA MOTOR SALES,
U.S.A., INC., a California corporation,

Civil Action No. **17-CV-61700-MARTINEZ**

Plaintiffs,

v.

RAYMOND W. TRAPANI, an individual, JAKE WITSEN,
an individual, and JAKE WILSON, an individual,

Defendants.

**SUMMONS IN A CIVIL ACTION**

TO: *(Defendant's name and address)*

Jake Witsen
1300 SW 1st Ave, Apt. 15
Boca Raton, FL 33432-7191

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a) (2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa
Espinosa Martinez, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: 305-854-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. you also must file your answer or motion with the court.

Date: **August 25, 2017**



Steven M. Larimore
Clerk of Court

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

**17-CV-61700-MARTINEZ**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(i))*

This summons for *(name of individual and title, if any)* _____

Was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organizational)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for Travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                              *Server's signatures*

                                          _____
                                              *Printed name and title*

                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc: